IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Civil No. 2:07CV16

Residential/Commercial Real Estate located
at Rt 3 Box 60, Terra Alta, West Virginia; and
$47,545.60 in United States Currency,

    Defendants.

IN RE:
Nonjudicial Forfeiture Proceeding         Misc No. 2:05MC5
Involving United States Currency
Aggregating $47,545.60

## Order Approving Settlement

The Court has reviewed the parties' settlement agreement. It is APPROVED.

SO ORDERED.

Dated: _February 28, 2008_

_____
United States District Judge